# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSIE RODRIGUEZ,

               Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

               Defendant.

Case No. 19-CV-18-JPS

**ORDER**

On January 3, 2019, Plaintiff filed a complaint alleging violations of the Fair Debt Collection Practices Act ("FDCPA") and Wisconsin state law. (Docket #1). That same day, they filed a motion to certify class, and two non-dispositive expedited motions to stay the motion to certify class and for relief from the briefing schedule set forth in the local rules. (Docket #3). On April 5, 2019, the Court received notice of a settlement in principle, (Docket #5), followed by a notice of voluntary dismissal, (Docket #6). Since Defendant has yet to submit either an answer or a motion for summary judgment, the Court will adopt the notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify class and non-expedited motions to stay and for relief from the briefing schedule (Docket #3), be and the same are hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby

**DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge